JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FERMIN LUNA LOPEZ,
Petitioner,
v.
MARKWAYNE MULLIN,[1] ET AL.,
Respondents.

Case No. 5:26-cv-03527-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 20, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

[1] Markwayne Mullin is substituted in for Kristi Noem. See Fed. R. Civ. P. 25(d).